UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKI STEFANINI,<br><br>        Plaintiff,<br><br>   v.<br><br>BAY MICROSYSTEMS INC,<br><br>        Defendant. | Case No. 16-CV-00531-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 21 |

On May 18, 2016, Plaintiff Vicki Stefanini filed a notice of settlement informing the Court that the parties anticipate a stipulation of dismissal will be filed within 45 days. ECF No. 21. Accordingly, the Court CONTINUES the case management conference currently set for May 25, 2016 to August 3, 2016, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 23, 2016

                                              _Lucy H. Koh_
                                        LUCY H. KOH
                                        United States District Judge