UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VICKI STEFANINI,<br><br>         Plaintiff,<br><br>     v.<br><br>BAY MICROSYSTEMS INC,<br><br>         Defendant. | Case No. 16-CV-00531-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Initial Case Management Conference set for August 3, 2016 at 2:00 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The Court hereby ORDERS the parties to file one Joint Case Management Statement by Friday, July 29, 2016, at 4:00 p.m.

**IT IS SO ORDERED**.

Dated: July 28, 2016

_____
LUCY H. KOH
United States District Judge

1

Case No.: 16-CV-00531-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT