UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKI STEFANINI,<br><br>          Plaintiff,<br><br>     v.<br><br>BAY MICROSYSTEMS INC,<br><br>          Defendant. | Case No. 16-CV-00531-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 24 |

The parties have informed the Court that they intend to file a stipulation of dismissal by August 5, 2016. ECF No. 24. Accordingly, the Court CONTINUES the case management conference set for August 3, 2016 to August 17, 2016, at 2:00 p.m. The parties shall file a stipulation of dismissal by August 8, 2016. If the parties do not file a stipulation of dismissal by August 8, 2016, the parties shall file a joint case management statement by August 10, 2016. Should the parties file a stipulation of dismissal, the Court will vacate the case management conference.

**IT IS SO ORDERED.**

Dated: July 29, 2016

_____
LUCY H. KOH
United States District Judge